FILED IN OPEN COURT
ON 4/15/2025 BRH
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:25-CR-85-D-RN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | INDICTMENT |
| ) | |
| MICHAEL JAMES FERR ) | |
| a/k/a "Mikey" | |

The Grand Jury charges that:

## COUNT ONE

On or about January 10, 2025, in the Eastern District of North Carolina, the defendant, MICHAEL JAMES FERR, also known as "Mikey," did knowingly and willfully make a threat to take the life of the President of the United States, specifically by communicating a threat to kill President Joseph Biden via an online social media platform, in violation of Title 18, United States Code, Section 871(a).

## COUNT TWO

On or about January 10, 2025, in the Eastern District of North Carolina, the defendant, MICHAEL JAMES FERR, also known as "Mikey," did knowingly and willfully make a threat to inflict bodily harm to a member of the immediate family of Joseph Biden, President of the United States, by communicating a threat to inflict bodily harm upon the President's children via an online social media platform, in violation of Title 18, United States Code, Section 879(a)(2).

1

## COUNT THREE

On or about January 10, 2025, in the Eastern District of North Carolina, the defendant, MICHAEL JAMES FERR, also known as "Mikey," did threaten to murder T.W., a federal law enforcement officer with the United States Secret Service, with intent to impede, intimidate, and interfere with T.W. while he was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any offense charged herein constituting "specified unlawful activity" (as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)), or a conspiracy to commit such offense, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), as made applicable by 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the said offense.

Upon conviction of any violation of the Gun Control Act, the National Firearms Act, or any other offense charged herein that involved or was perpetrated in whole or in part by the use of firearms or ammunition, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and/or 26 U.S.C. § 5872, as made applicable by 28 U.S.C. § 2461(c), any and all firearms and ammunition that were involved in or used in a knowing or willful commission of the offense, or, pursuant to 18 U.S.C. § 3665, that were found in the possession or under the immediate control of the defendant at the time of arrest.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

4-15-2025
DATE

DANIEL P. BUBAR
Acting United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney