IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:25-CR-85-D-RN

UNITED STATES OF AMERICA　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　　　**ORDER**
　　　　　　　　　　　　　　　　　)
MICHAEL JAMES FERR,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　)

On 2 May 2025, attorney Andrew C. Brooks, a member of the bar of this court, entered his notice of appearance as local counsel for defendant, pursuant to Local Criminal Rule 57.1(d), E.D.N.C.[1]  Attorney Brooks is appearing in association with two attorneys not admitted in this district for whom special notices of appearance, pursuant to Local Criminal Rule 57.1(e)(1),[2] were filed on the same date.  *See* D.E. 16 (notice for attorney Murdoch Walker II); 17 (notice for attorney Serguel Mawuko Akiti); 19 (duplicate notice for attorney Murdoch Walker II).  Local Criminal Rule 57.1(f) provides that "[t]he local attorney shall attend all court proceedings unless excused by the court."

On the same date that attorney Brooks entered his notice of appearance, 2 May 2025, he moved to have the date of defendant's detention hearing changed from 12 May 2025 to yesterday, 8 May 2025.  *See* Def.'s Mot. to Reset (D.E. 20).  The motion was allowed and the detention hearing was rescheduled for 8 May 2025, as requested, by text order entered on 5 May 2025.  The text order was served on attorney Brooks (and others) by email the same day.  Attorney Brooks did not appear at the detention hearing yesterday. He had not moved to be excused from attendance,

---

[1] Attorney Brooks was admitted to the bar of this court on 4 December 2017.

[2] The notices misidentify the rule provision providing for notices of special appearance as Local Criminal Rule 57.1(d).

and his nonattendance was unexcused. In its discretion, the court proceeded with the hearing notwithstanding attorney Brooks' absence.

No later than 16 May 2025, attorney Brooks shall file a memorandum addressing whether he should be sanctioned for his failure to attend the detention hearing yesterday. A hearing on whether sanctions should be imposed on him for his failure to attend will be held on 22 May 2025 at 10:00 a.m. in the sixth floor courtroom of the Terry Sanford Federal Building and Courthouse at 310 New Bern Avenue in Raleigh, North Carolina. Attorney Brooks shall attend the hearing on 22 May 2025.

SO ORDERED, this 9th day of May 2025.

James E. Gates
United States Magistrate Judge

2